UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALBERTO QUIALA FERNANDEZ, | CASE NO. 2:26-cv-00043-LK |
| Petitioner, | MINUTE ORDER |
| v. | |
| IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable Lauren King, United States District Judge:

(1) In light of Respondent's supplemental brief and declaration, Dkt. Nos. 11, 12, the Court will allow Petitioner to file a response to those documents and his reply in support of his habeas petition by February 25, 2026.

//

//

//

MINUTE ORDER - 1

(2)  The Clerk is directed to forward a copy of this Order to Petitioner and to renote the habeas petition, Dkt. No. 4, for February 25, 2026.

Dated this 11th day of February, 2026.

Joshua C. Lewis
Clerk

*/s/ Natalie Wood*
Deputy Clerk

MINUTE ORDER - 2